```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-04688-HWV
Patrick James Clay                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2         Date Rcvd: Dec 18, 2017
                              Form ID: ntcnfhrg           Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db             +Patrick James Clay,    4556 Delta Road,    Delta, PA 17314-9455
cr             +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, pa 19601-3563
4991372        +American Express,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
4991373       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
4991375        +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4991377         Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
4991379        +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
4991380        +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4991388        +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Street,   Omaha, NE 68102-1593
4996217        +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4991390        +Morris and Vedder,    32 North Duke Street,    PO Box 544,   York, PA 17405-0544
4991392       ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court: Nationwide Bank,    1 Nationwide Paza,    Columbus, OH 43215)
4991391        +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4991393        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
4999278        +Sun East FCU,   4500 Pennell Rd,    Aston, PA 19014-1862
4991396        +Sun East Federal Cr Un,    Po Box 2231,    Aston, PA 19014-0231
4991397        +Sun East Federal Credit Union,    PO Box 2231,   Aston, PA 19014-0231
4991399        +TD Bank USA / Target Card,    PO Box 673,   Minneapolis, MN 55440-0673
4991387       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Service,    PO Box 108,    Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4991385        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2017 19:04:51      Credit One Bank, NA,
                 PO Box 98875,   Las Vegas, NV 89193-8875
4995135         E-mail/Text: mrdiscen@discover.com Dec 18 2017 18:57:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany Ohio 43054-3025
4991386         E-mail/Text: mrdiscen@discover.com Dec 18 2017 18:57:09      Discover Financial Services, LLC,
                 PO Box 3025,   New Albany, OH 43054-3025
4991389        +E-mail/Text: bkr@cardworks.com Dec 18 2017 18:57:08      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
4991847        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2017 19:05:03
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4991398         E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2017 18:57:46      Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4991374*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
4991376*       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4991378*        Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
4991381*       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4991382*       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4991383*       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4991384*       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4991394*       +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
4991395*       +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
                                                                                   TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles   on behalf of Debtor 1 Patrick James Clay pmurphy@dplglaw.com, kgreene@dplglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                       TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Patrick James Clay | Chapter | 13 |
| Debtor(s) | Case No. | 1:17−bk−04688−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**January 10, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 17, 2018 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2017 |