WITHDRAW OF NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES

Dated: 2/15/18
Debtor: Patrick James Clay
Claim# 6
Case# 17-04688
Movant: Santander Bank, N.A.

Please withdraw Notice of Post Petition Mortgage Fees, Expenses and Charges due to Act 91/6 not sent prior to bankruptcy filing.

_[signature]_                                             12/17/2019
Bankruptcy Representative                                 Date
Bankruptcy Specialist
Santander Bank, N.A.