

OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. **2021-1169-CLT** | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: Jason D. Munchel and Kristina R. Munchel 4084 Allison Drive York, PA 17402 | E. Name & Address of Seller: Patrick J. Clay | F. Name & Address of Lender: |
|---|---|---|
| G. Property Location: 45 West Pennsylvania Avenue Yoe, PA 17313 | H. Settlement Agent: Capstone Land Transfer LLC <br><br> Place of Settlement: 4 Lemoyne Drive Suite 202 Lemoyne, PA 17043 | I. Settlement Date: 10/12/2021 <br> Funding Date: 10/12/2021 <br> Disbursement Date: 10/12/2021 |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $70,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $2,082.15 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes 10/12/2021 to 12/31/2021 | $128.50 |
| 107. County Taxes | |
| 108. Assessments 10/12/2021 to 06/30/2022 | $855.75 |
| 109. | |
| 110. Sewer & Trash 10/12/2021 to 10/30/2021 | $26.51 |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$73,092.91** |
| 200. Amount Paid by or in Behalf of Borrower | |
| 201. Deposit | $2,000.00 |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. Prorated Rent for Rent 10/12/2021 to 10/31/2021 | $400.00 |
| 217. Transfer of Security Deposit for Rent | $500.00 |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$2,900.00** |
| 300. Cash at Settlement from/to Borrower | |
| 301. Gross amount due from borrower (line 120) | $73,092.91 |
| 302. Less amounts paid by/for borrower (line 220) | $2,900.00 |
| 303. Cash [X] From ☐ To Borrower | $70,192.91 |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $70,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes 10/12/2021 to 12/31/2021 | $128.50 |
| 407. County Taxes | |
| 408. Assessments 10/12/2021 to 06/30/2022 | $855.75 |
| 409. | |
| 410. Sewer & Trash 10/12/2021 to 10/30/2021 | $26.51 |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | **$71,010.76** |
| 500. Reductions in Amount Due to Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $6,810.00 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to Mr. Cooper | $36,859.96 |
| 505. Payoff to Santander Bank, N.A. | $10,109.02 |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. Prorated Rent for Rent 10/12/2021 to 10/31/2021 | $400.00 |
| 517. Transfer of Security Deposit for Rent | $500.00 |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$54,678.98** |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | $71,010.76 |
| 602. Less reductions in amounts due seller (line 520) | $54,678.98 |
| 603. Cash [X] To ☐ From Seller | $16,331.78 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $2,275.00 to EXP Realty, LLC | | | |
| 702. $1,925.00 to EXP Realty, LLC | | | |
| 703. Commission paid at settlement | | | $4,200.00 |
| 704. Listing Agent Broker Fee to EXP Realty, LLC | | | $200.00 |
| 705. Selling Agent Broker Fee to EXP Realty, LLC | | $395.00 | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 10/12/2021 to 11/01/2021 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | |
| 1102. Settlement or closing fee to Capstone Land Transfer LLC | | | |
| 1103. Owner's title insurance to The Security Title Guarantee Corporation of Baltimore | (from GFE #5) | $836.90 | |
| 1104. Lender's title insurance to The Security Title Guarantee Corporation of Baltimore | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $70,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to Capstone Land Transfer LLC $744.84 | | | |
| 1108. Underwriter's portion of the total title insurance premium to The Security Title Guarantee Corporation of Baltimore $92.06 | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $95.25 | |
| 1202. Deed $95.25 Mortgage $ Release $ to York County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $700.00 | |
| 1204. City/County tax/stamps Deed $700.00 Mortgage $ to York County Recording Office | | | $350.00 |
| 1205. State tax/stamps Deed $700.00 Mortgage $ to York County Recording Office | | | $350.00 |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. | | | |
| 1303. | | | |
| 1304. Deed Preparation Fee to Capstone Land Transfer LLC | | | $125.00 |
| 1305. | | | |
| 1306. Courier Fee to Capstone Land Transfer LLC | | | $25.00 |
| 1307. eDoc Fee to Capstone Land Transfer LLC | | $40.00 | |
| 1308. Wire Fee to Capstone Land Transfer LLC | | | $15.00 |
| 1309. Notary Fee to Capstone Land Transfer LLC | | $15.00 | $15.00 |
| 1310. Tax Reimbursement Fee to Capstone Land Transfer LLC | | | $30.00 |
| 1311. Attorney Fee to Dethlef's Pykosh & Murphy Attorneys at Law | | | $1,500.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $2,082.15 | $6,810.00 |

_Jason D. Munchel_  10/12/21

_Patrick J. Clay_  10/12/2021

_Kristina R. Munchel_  10/12/21

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent  10/12/2021