UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | ) | Nos. 17-02108 | 19-05004 |
|---|---|---|---|
| | ) | 17-04322 | 20-01117 |
| WITHDRAWAL OF APPEARANCE BY | ) | 17-04688 | 20-01510 |
| THOMAS A. CAPEHART, ESQUIRE IN | ) | 18-02720 | 20-01927 |
| VARIOUS OPEN CASES AND ENTRY/ | ) | 18-03935 | 20-01978 |
| SUBSTITUTION OF APPEARANCE OF | ) | 18-04283 | 20-03001 |
| KELLIE RAHL-HEFFNER, ESQUIRE | ) | 19-00398 | 21-00259 |
| IN THOSE VARIOUS OPEN CASES | ) | 19-00958 | 21-01287 |
| | ) | 19-01571 | 17-03758 |
| | ) | 19-02735 | 17-05088 |
| | ) | 19-02926 | 19-03175 |
| | ) | 19-04034 | 18-02769 |
| | ) | 18-04672 | 19-00024 |
| | ) | 19-04590 | |
| | ) | | |

**PRAECIPE TO WITHDRAW AND SUBSTITUTE APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Thomas A. Capehart, Esquire and enter/substitute the appearance of Kellie Rahl-Heffner, Esquire, in the cases listed above.

Respectfully Submitted,

Date: Dec 6, 2021

/s/ Thomas A. Capehart
THOMAS A. CAPEHART, ESQ., ID #57440
KELLIE RAHL-HEFFNER, ESQ., ID #200962
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450 (F) 610-820-6006
Email: jkacsur@grossmcginley.com

Date: Dec. 6, 2021

/s/ Kellie Rahl-Heffner
THOMAS A. CAPEHART, ESQ., ID #57440
KELLIE RAHL-HEFFNER, ESQ., ID #200962
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450 (F) 610-820-6006
Email: jkacsur@grossmcginley.com