# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PATRICK JAMES CLAY　　　　　　　　　　　　　　Case No.: 1-17-04688-HWV
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**　　　　**MORTGAGE INFORMATION**
Creditor Name:　　　　　　　　　　NATIONSTAR MORTGAGE
Court Claim Number:　　　　　　　10
Last Four of Loan Number:　　　　5702/PRE ARREARS/45 W PENNA AVE
Property Address if applicable:　　4556 DELTA ROAD, , DELTA, PA17314

**PART 2:**　　　　**CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.　Allowed prepetition arrearages:　　　　　　　　　　　　　　　$356.45
b.　Prepetition arrearages paid by the Trustee:　　　　　　　　　$356.45
c.　Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c):　　　　　　　　　　　　　　$0.00
d.　Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:　　$0.00
e.　Allowed postpetition arrearage:　　　　　　　　　　　　　　　$0.00
f.　Postpetition arrearages paid by the Trustee:　　　　　　　　　$0.00
g.　Total b, d, f:　　　　　　　　　　　　　　　　　　　　　　　　$356.45

**PART 3:**　　　　**POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**　　　　**A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022            Respectfully submitted,

           s/ Jack N. Zaharopoulos
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 10

```
CLM #    CHECK #    DATE          PRIN PAID     INT PAID     TOTAL DISB

5200     1200683    04/11/2019    $104.00       $0.00        $104.00
5200     1202024    05/09/2019    $232.75       $0.00        $232.75
5200     1203333    06/06/2019    $19.70        $0.00        $19.70
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PATRICK JAMES CLAY   Case No.: 1-17-04688-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA,   17011- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE LLC<br>PO BIX 619096<br>DALLAS, TX,   75261-9741 | SERVED BY 1ST CLASS MAIL |
| PATRICK JAMES CLAY<br>4556 DELTA ROAD<br>DELTA, PA  17314 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

s/   Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com