In re:  Case No. 17-04688-HWV

Patrick James Clay  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 01, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick James Clay, 4556 Delta Road, Delta, PA 17314-9455 |
| 4991390 | + | Morris and Vedder, 32 North Duke Street, PO Box 544, York, PA 17405-0544 |
| 5011621 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 4999278 | + | Sun East FCU, 4500 Pennell Rd, Aston, PA 19014-1862 |
| 4991396 | + | Sun East Federal Cr Un, Po Box 2231, Aston, PA 19014-0231 |
| 4991397 | + | Sun East Federal Credit Union, PO Box 2231, Aston, PA 19014-0231 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2022 18:57:58 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/Text: DeftBkr@santander.us | Dec 01 2022 18:42:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, pa 19601-3563 |
| 4991372 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 18:57:59 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5004050 | | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 18:57:58 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4991373 | | EDI: BANKAMER.COM | Dec 01 2022 23:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4991375 | + | EDI: TSYS2 | Dec 01 2022 23:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4991377 | | EDI: CAPITALONE.COM | Dec 01 2022 23:43:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4991380 | + | EDI: CITICORP.COM | Dec 01 2022 23:43:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4991385 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2022 18:57:49 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4995135 | | EDI: DISCOVER.COM | Dec 01 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 4991386 | | EDI: DISCOVER.COM | Dec 01 2022 23:43:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 4991388 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 01 2022 18:42:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge Street, Omaha, NE 68191 |
| 4996217 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 01 2022 18:42:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4991379 | | EDI: JPMORGANCHASE | Dec 01 2022 23:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5033710 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 18:57:59 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5033573 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 18:57:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5033562 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2022 18:57:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4991389 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2022 18:57:49 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5024839 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2022 18:42:00 | Midland Funding, LLC, Midland Credit Management, Inc., As agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 5020363 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 01 2022 18:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 4991391 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 01 2022 18:42:00 | Nationstar Mortgage, LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 4991392 | ^ | MEBN | Dec 01 2022 18:39:46 | Nationwide Bank, 1 Nationwide Paza, Columbus, OH 43215-2239 |
| 5019873 | | EDI: PRA.COM | Dec 01 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4991847 | + | EDI: RECOVERYCORP.COM | Dec 01 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5032026 | | EDI: Q3G.COM | Dec 01 2022 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5004706 | + | Email/Text: DeftBkr@santander.us | Dec 01 2022 18:42:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4991393 | + | Email/Text: DeftBkr@santander.us | Dec 01 2022 18:42:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4991398 | | EDI: RMSC.COM | Dec 01 2022 23:43:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4991399 | + | EDI: WTRRNBANK.COM | Dec 01 2022 23:43:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5025284 | | EDI: USBANKARS.COM | Dec 01 2022 23:43:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 4991387 | | EDI: USBANKARS.COM | Dec 01 2022 23:43:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4991374 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4991376 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4991378 | * | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4991381 | *+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4991382 | *+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4991383 | *+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |

| | | |
| --- | --- | --- |
| 4991384 | *+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4991394 | *+ | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4991395 | *+ | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Patrick James Clay pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patrick James Clay**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2529<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–04688–HWV | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Patrick James Clay

12/1/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**